FILED
2026 Sep-01 AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **]** | |
| | **]** | |
| | **]** | |
| **v.** | **]** | **2:25-cr-628-ACA-JHE__** |
| | **]** | |
| **RODARRIUS JERMAINE COLVIN,** | **]** | |
| | **]** | |
| **Defendant.** | **]** | |

**ORDER**

Defendant, Rodarrius Jermaine Colvin**,** has entered pleas of guilty to Counts One through Six of the Indictment. On July 27, 2026, the magistrate judge entered a report recommending that the court accept the guilty pleas. (Doc. 32). Mr. Colvin has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the pleas.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this September 1, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE